# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

SHAQUAN L. LESANE,

    Plaintiff,

v.

SANTANDER CONSUMER USA, INC., *et al.*,

    Defendants.

Case No. 5:17-cv-602-D

## ORDER GRANTING DEFENDANT SANTANDER CONSUMER USA INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

This matter is before the Court on Defendant Santander Consumer USA Inc.'s ("SC") Motion to Compel Arbitration and Stay Proceedings [Dkt. No. 17]. The Court, having reviewed the relevant pleadings, finds that the Motion shall be granted;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1) SC's Motion to Compel Arbitration and Stay Proceedings be and hereby is **GRANTED**;

(2) This action be and hereby is **STAYED** in lieu of arbitration as provided for in the parties' May 3, 2017 Extension Agreement; and

(3) Plaintiff be and hereby is compelled to pursue her claims via arbitration in accordance with the parties' May 3, 2017 Extension Agreement.

SO ORDERED. This **20** day of ~~May~~ June, 2018.

*/s/ Dever*
JAMES C. DEVER III
Chief United States District Judge