UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHAQUAN LAVENA LESANE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANTANDER CONSUMER USA, INC., )<br>and COLLATERAL RECOVERY, INC., )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-602-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Collateral Recovery, Inc.'s motion to dismiss [D.E. 30] and DISMISSES plaintiff's complaint without prejudice.

**This Judgment Filed and Entered on June 25, 2018, and Copies To:**

Shaquan Lavena Lesane           (Sent to 4205 Brockston Dr. Apt. B Raleigh, NC, 27604 via US Mail)

DATE:                                               PETER A. MOORE, JR., CLERK

June 25, 2018                                  (By) /s/ Crystal Jenkins
                                                                Deputy Clerk